## Lipinski, Appellant, *v.* Northeast Industrial District.

Argued March 23, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Julia Lipinski,* for appellant, in propria persona.

*James F. Manley,* with him *Burton C. Duerring,* for appellees.

OPINION PER CURIAM, April 22, 1971:

While we sympathize with the views and contentions of appellant Julia Lipinski, the appeal is without legal merit and must be dismissed.